**STATEMENT OF FACTS**

On Wednesday April 7, 2010, Detective Palchak (MPD) was acting in an undercover capacity as part of a multi- jurisdictional FBI Task Force. Detective Palchak was operating out of a satellite office in Washington, DC. On Wednesday April 7, 2010, Detective Palchak assumed the identity of a cooperating witness on a social network chat room site. Based on his experience and information gathered from other sources this site is frequented by individuals with a sexual interest in children.

On Wednesday April 7, 2010, at 7:30pm Detective Palchak sent the defendant a private message, "hey DC here, bi vers, perv play here". The defendant responded, "Hey there, nice, interested in meeting?pnp slammer here, love perv, very open". The chat conversation started at 7:30pm and ended at 8:05pm. During the course of the chat Detective Palchak informed the defendant that he had a 13 year-old boy available for sexual contact. The defendant stated that he was interested in having anal sex with the 13 year-old boy and slamming meth. The defendant stated that he was near the convention center and agreed to meet undersigned and fictitious boy in front of xxxx x xxxxxx NW DC. The defendant provided his cell phone number (xxx-xxx-xxxx) and asked the undersigned if he had pictures of the boy.

On Wednesday, April 7, 2010, a cooperating witness called the defendant and had a brief recorded conversation. The cooperator advised the defendant that the 13 year-old boy was on his way to his house. The cooperating witness instructed the defendant to meet him in front of xxxx x xxxxxx NW DC.

On Wednesday, Aril 7, 2010 at approximately 20:59 hours, the defendant called the cooperator to advise him that he was walking to his front door. At approximately 21:00 hours, members of the MPD/FBI Child Exploitation Task Force arrested the defendant without incident. The defendant was transported to the FBI and MPD for processing.

The defendant waived his Miranda rights and provided a recorded statement. The defendant admitting to traveling from his home address in DC to xxxx x xxxxxx NW DC. The defendant admitted that he had chat conversations about having sexual contact with a minor child, but stated that he lied about wanting to have sexual contact with the child and only wanted to slam meth. In my experience to slam meth means to use methamphetamine intravenously. Although defendant indicated that he would bring "points" that is needles to the arranged meeting place in order to use methamphetamine, a search incident to arrest did not result in officers' finding any drug paraphernalia on defendant's person, including needles.

_____
SPECIAL AGENT JENNIFER HEDDLESTON
FEDERAL BUREAU OF INVESTIGATION

Subscribed and sworn to before me this _____ day of April, 2010.

_____
U.S. MAGISTRATE JUDGE